UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-62626-AHS

SAMUEL RODRIGUEZ,
    Petitioner,

v.

GEO GROUP, *et al.*,
    Respondents.
_____/

### ORDER ON MOTION TO DISMISS

**THIS CAUSE** is before the Court upon Petitioner's Motion to Dismiss as Moot (DE 12), in which Petitioner notes that his Motion to Reopen was granted and a bond hearing has been scheduled. Upon review of the record and the motion, it is hereby

**ORDEREED AND ADJUDGED** that the motion is granted.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF